



**DANIELLE BAUDHUIN TIERNEY**

dtierney@axley.com
(608) 283-6712

**MADISON**

2 East Mifflin Street
Suite 200
Madison, WI 53703
PO Box 1767
Madison, WI 53701-1767
tel: (608) 257-5661
fax: (608) 257-5444

**WAUKESHA**

N20W22961
Watertown Road
Waukesha, WI 53186
tel: (262) 524-8500
fax: (262) 524-9200

April 15, 2020

Magistrate Judge Stephen L. Crocker
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

RE:   *Dasia Banks v. Baraboo School District*
      Western District Case No. 20-CV-36
      Our File:  759.83962

Dear Judge Crocker:

Filed contemporaneously with this letter is a document containing the pupil records in the Baraboo School District's possession which are responsive to the Court's April 3, 2020 Order. [Dkt. 14.] Some records have been redacted to remove information related to pupils not identified in the Order or other confidential information unrelated to the items listed in the Order. Please also note that the District does not have records related to all incidents and/or pupils identified in the Order.

Please let us know if there is anything else we can do to assist with the Court's in camera review of the records. Thank you for your attention to this matter.

Sincerely,

AXLEY BRYNELSON, LLP

*Electronically signed by Danielle Baudhuin Tierney*

Danielle Baudhuin Tierney


CC:   Attorney Lori M. Lubinsky
      Attorney Paul Kinne

Case Number No. 20-CV-36