IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**DASIA F. BANKS,**

    Plaintiff,

v.                                                                                  Case No. 3:20-cv-36

**BARABOO SCHOOL DISTRICT,**

    Defendant.

**PLAINTIFF'S MOTION FOR RELIEF FROM
NONDISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE**

    Plaintiff, Dasia Banks ("Banks"), by and through her attorneys, Gingras, Thomsen & Wachs, and Bogost Law, LLC, moves this Court pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) per the Order of the Magistrate Judge dated November 10, 2020 [Dkt. 54] which limited the timeframe of the Plaintiff's discovery requests to June 30, 2016 to May 22, 2018, and which limited the complaints/incidents to those at the Baraboo High School.

    Magistrate Judge Crocker limited Plaintiff in his Orders and unduly narrowed the discoverable complaints and investigations of racial harassment or racially offensive behavior at the Baraboo School District to the time period June 30, 2016 to May 22, 2018 because he acknowledged that "determining whether Banks may proceed on a continuing violations theory is a matter for the presiding judge." [Dkt. 54 p. 2].  Plaintiff

1

seeks an order allowing her to discover information from both before 2016 and after May 22, 2018.

In support of this Motion, Banks relies upon and incorporates by reference the facts, arguments, and legal authority set forth in the accompanying brief in support and declaration in support, as well as the pleadings on file with the Court.

Dated this 24th day of November, 2020.

> **GINGRAS THOMSEN & WACHS LLP**
> Attorneys for Plaintiff
>
> *s/ Mark L. Thomsen*
> Paul A. Kinne
> State Bar Number: 1021493
> Mark L. Thomsen
> State Bar Number: 1018839
> Kimberly D. Sweatt
> State Bar Number: 1113323

8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
Email: kinne@gtwlawyers.com
mthomsen@gtwlawyers.com
ksweatt@gtwlawyers.com

> **BOGOST LAW LLC**
> Attorney for Plaintiff
>
> *s/ Amy Bogost*
> Amy Bogost
> State Bar Number: 1031578

16 North Carrol Street, Suite 800
Madison, WI 53703
Phone: (608) 206-6821
Fax: (608) 442-7129
Email: abogost@gmail.com