

**DANIELLE BAUDHUIN TIERNEY**

 dtierney@axley.com
 (608) 283-6712

**MADISON**

2 East Mifflin Street
Suite 200
Madison, WI 53703
PO Box 1767
Madison, WI 53701-1767
tel: (608) 257-5661
fax: (608) 257-5444

**WAUKESHA**

N20W22961
Watertown Road
Waukesha, WI 53186
tel: (262) 524-8500
fax: (262) 524-9200

February 9, 2021

Magistrate Judge Stephen L. Crocker
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

RE: *Dasia Banks v. Baraboo School District,* Case No. 20-CV-36
    Our File: 759.83962

Dear Judge Crocker:

Although the Court's briefing schedule on the Defendant's Second Petition for Release of Pupil Records [Dkt. 126] did not provide for a reply, it is imperative that the Defendant briefly clarify the purpose of the pending petition in light of Plaintiff's response.

The Defendant's Second Petition for Release of Pupil Records seeks only to release certain pupil records of the individuals whom Plaintiff recently identified as having harassed her during the course of her time at the Baraboo School District or records related to alleged prior sexual harassment by CS (which is relevant to Plaintiff's Title IX claim). The student names and specific timeframes identified in the petition were provided to Defendant by Plaintiff in her December 22, 2020 Declaration, her December 30, 2020 deposition, and the December 22, 2020 JM Declaration. (In the case of TF, he was included in the Stipulated Petition for Release of Pupil Records, but the late December 2020 disclosures necessitated a petition for additional records. Plaintiff also misidentified TF as "TS" in the Stipulated Petition, and Defendant wished to have a clear record regarding the ability to utilize TF's records.)

To be clear: Defendant has never requested or sought to release student records of any students *except* students who Plaintiff alleged harassed her in some form during her time at the District or records related to alleged prior sexual harassment by CS. As such, Defendant's petition does not justify an expanded scope of discovery for records related to any other students.

Thank you for your attention to this matter.

AXLEY BRYNELSON, LLP

*Electronically signed by Danielle Baudhuin Tierney*

Danielle Baudhuin Tierney

**Case Number No. 20-CV-36**